UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAUL D. NICOLARI,

        Plaintiff,

vs.

DOUGLAS COUNTY, NV,

        Defendant.

Case No.     3:24-cv-00169-ART-CSD

**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, PAUL NICOLARI, in pro per, and Defendant, DOUGLAS COUNTY, by and through its attorneys Thorndal Armstrong, PC, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed without prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this 30th day of January, 2025.

By:   */s/ Paul Nicolari*
     PAUL D. NICOLARI
     35246 US Hwy 19 N. #178
     Palm Harbor, FL 34684
     Pro Se Plaintiff

Dated this 30th day of January, 2025.

THORNDAL ARMSTRONG, PC

By:   */s/ Katherine Parks*
     KATHERINE F. PARKS, ESQ.
     State Bar No. 6227
     6590 S. McCarran Blvd., Suite B
     Reno, Nevada 89509
     Attorney for Defendant
     DOUGLAS COUNTY

**IT IS SO ORDERED.**
Dated this 31st day of January, 2025.

_____
ANNE R. TRAUM
United States District Judge